# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JERRY CLAYTON GIFT,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **ANADARKO PETROLEUM** § <br> **CORPORATION CHANGE OF** § <br> **CONTROL SEVERANCE PLAN,** § <br> **OCCIDENTAL PETROLEUM** § <br> **CORPORATION, AND ANADARKO** § <br> **PETROLEUM CORPORATION** § <br> **HEALTH AND WELFARE BENEFITS** § <br> **ADMINISTRATIVE COMMITTEE,** § <br> § <br> **Defendants.** § | Civil Action No. 7:22-cv-00122 |

## INDEX OF MATTERS BEING FILED

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action:

1. Index of Matters Being Filed (Exhibit A)

2. Plaintiff's Original Petition (Exhibit B)

3. Citation (Exhibit C)

4. Defendants' Answer and Affirmative and Other Defenses to Plaintiff's Original Petition (Exhibit D)

5. Certified copy of the State Court Docket Sheet (Exhibit E)

6. List of All Counsel of Record (Exhibit F)

7. State Court Notification of Removal (Exhibit G)

Dated: May 20, 2022

OF COUNSEL
NORTON ROSE FULBRIGHT US LLP

Kimberly F. Cheeseman
State Bar No. 24082809
Federal ID No. 2254668
kimberly.cheeseman@nortonrosefulbright.com

Andrew Yeh
State Bar No. 24098645
Federal ID No. 2789510
andrew.yeh@nortonrosefulbright.com

1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

Respectfully submitted,

*/s/ Shauna Johnson Clark*
   Shauna Johnson Clark
   State Bar No. 00790977
   Federal ID No. 18235
   shauna.clark@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served electronically in accordance with the Federal Rules of Civil Procedure on this 20th day of May 2022 to:

> Paul Millican
> Texas Bar No. 14146700
> Gossett, Harrison, Millican & Stipanovic, P.C.
> P.O. Drawer 911
> San Angelo, Texas 76902
> T: (325) 653-3291
> F: (325) 655-6838
> E-mail: paulm@ghtxlaw.com

                                        */s/ Kimberly Cheeseman*
                                          Kimberly Cheeseman