# EXHIBIT C

Receipt# 174401
Check# 18972

ORIGINAL

E-Filed for Record
5/6/2022 2:53 PM
Sherry Dushane, District Clerk
Andrews County, TX
By: Karina Carabajal

# CITATION

013727

THE STATE OF TEXAS

TO:
ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN
C/O CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN STREET STE 900
DALLAS, TX 75201

Defendant, in the hereinafter style and numbered cause:

YOU ARE HEREBY COMMANDED to appear before the 109th Judicial District Court of Andrews, Andrews County, Texas, by filing a written answer to the petition of plaintiff at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 22,575, styled:

JERRY CLAYTON GIFT
   VS
ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE

filed in said court on the 19th day of April, 2022

Plaintiff is represented by PAUL H. MILLICAN whose address is PO DRAWER 911 SAN, ANGELO TX 76902

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, the 20th day of April, 2022

SHERRY DUSHANE
District Clerk of Andrews County, Texas
201 North Main, Room 102
Andrews, Texas 79714

By _Sherry Dushane_  Deputy

NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

STATE OF TEXAS
COUNTY OF ANDREWS
I, Sherry Dushane, Clerk of the District Court of Andrews County, Texas, do hereby certify that the foregoing is a true and correct copy.
GIVEN UNDER MY HAND AND SEAL OF SAID COURT
this ___ day of _May_ A.D., 20__
SHERRY DUSHANE, District Clerk, Andrews County, Texas
By _____ Deputy

## CONSTABLE'S RETURN

**JERRY CLAYTON GIFT   VS.**
**ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE**

**Style of Case:**

Came into hand, this **27** day of **APRIL**, 20 **22** AT **1:22** o'clock **P.** M. by executing and delivering a **CITATION** issued out of the state of **TEXAS** under cause number: **22,575** On this **28** Day Of **APRIL**, 20 **22**, at **1:39** o'clock **P.** M., to:

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of ☐ business ☐ abode.

☒ **OXIDENTAL PETROLEUM CORPORATION**   ☐ A Corporation   ☐ A Business

Name: **CT CORPORATION SYSTEM**   ☐ President ☐ Vice-President ☒ Registered Agent

☒ **By delivering to the defendant's registered agent for service, C.T. CORPORATION SYSTEM, through Their authorized agent to accept service: KIRK ATKINS   SOP INTAKE ASSOCIATE at 1999 BRYAN ST STE 900 Dallas, Texas 75201.**

**Service Address:** _____ **1999 BRYAN ST STE 900 DALLAS TEXAS 75201** _____

☐ **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

_____

**Service Fees: $ 80.00**

**M. JOHNSON #135 DEPUTY CONSTABLE**
**TRACEY L. GULLEY, CONSTABLE**
**COUNTY OF DALLAS**   **DALLAS COUNTY PRECINCT 1**

**STATE OF TEXAS**

**SIGNED AND SWORN BY SAID** _____ **,before me, this** _____ **Day Of** _____ **20** ___ **, to certify which, witness my hand and seal of office.**

**NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS**



Receipt# 174410
Check# 18972

**ORIGINAL**

E-Filed for Record
5/6/2022 2:53 PM
Sherry Dushane, District Clerk
Andrews County, TX
By: Karina Carbajal

# CITATION

013720

## THE STATE OF TEXAS

TO:
ANADARKO PETROLEUM CORPORATION HEALTH & WELFARE BENEFITS
ADMINISTRATIVE COMMITTEE
C/O CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN STREET STE 900
DALLAS, TX 75201

Defendant, in the hereinafter style and numbered cause:

YOU ARE HEREBY COMMANDED to appear before the 109th Judicial District Court of Andrews, Andrews County, Texas, by filing a written answer to the petition of plaintiff at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 22,575, styled:

JERRY CLAYTON GIFT
  VS
ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN,
OCCIDENTAL PETROLEUM CORPORATION, AND ANADARKO PETROLEUM
CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE

filed in said court on the 19th day of April, 2022

Plaintiff is represented by PAUL H. MILLICAN whose address is PO DRAWER 911
SAN, ANGELO TX 76902

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, the 20th day of April, 2022

SHERRY DUSHANE
District Clerk of Andrews County, Texas
201 North Main, Room 102
Andrews, Texas 79714

By Sherry Dushane Deputy

NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

THE STATE OF TEXAS
COUNTY OF ANDREWS
I, Sherry Dushane, Clerk of the District Court of Andrews County, Texas, do hereby certify that the foregoing is a true and correct copy.
GIVEN UNDER MY HAND AND SEAL OF SAID COURT
this ___ day of May A.D., 20__
SHERRY DUSHANE, District Clerk, Andrews County, Texas
By _____ Deputy



## _CONSTABLE'S RETURN_

**Style of Case:**  JERRY CLAYTON GIFT   VS.
ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE

**Came into hand, this** __27__ **day of** __APRIL__ **, 20** __22__ **AT** __1:22__ **o'clock** __P.__ **M.** **by executing and delivering a** __CITATION__ **issued out of the state of** __TEXAS__ **under cause number:** __22,575__ **On this** __28__ **Day Of** __APRIL__ **, 20** __22__ **, at** __1:39__ **o'clock** __P.__ **M., to:**

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of ☐ business  ☐ abode.

☒ **ANADARKO PETROLEUM CORPORATION HEALTH & WELFARE BENEFITS**   ☐ A Corporation   ☐ A Business

**Name:** __CT CORPORATION SYSTEM__   ☐ President ☐ Vice-President ☒ Registered Agent

☒ **By delivering to the defendant's registered agent for service, C.T. CORPORATION SYSTEM, through Their authorized agent to accept service:** __KIRK ATKINS   SOP INTAKE ASSOCIATE__ **at 1999 BRYAN ST STE 900 Dallas, Texas 75201.**

**Service Address:** __1999 BRYAN ST STE 900 DALLAS TEXAS 75201__

☐ **RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:**

_____

**Service Fees: $ 80.00**

M. JOHNSON #135 DEPUTY CONSTABLE
**TRACEY L. GULLEY, CONSTABLE**
**COUNTY OF DALLAS**       **DALLAS COUNTY PRECINCT 1**

**STATE OF TEXAS**

**SIGNED AND SWORN BY SAID** _____ **,before me, this** _____
**Day Of** _____ **20** _____ **, to certify which, witness my hand and seal of office.**

__NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS__



E-Filed for Record
5/6/2022 2:53 PM
Sherry Dushane, District Clerk
Andrews County, TX
By: Karina Carabajal

Receipt# 174410
Check# 18972
ORIGINAL

# CITATION

013728

THE STATE OF TEXAS

TO:
OXIDENTAL PETROLEUM CORPORATION
C/O CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN STREET STE 900
DALLAS, TX 75201
Defendant, in the hereinafter style and numbered cause:

YOU ARE HEREBY COMMANDED to appear before the 109th Judicial District Court of Andrews, Andrews County, Texas, by filing a written answer to the petition of plaintiff at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number 22,575, styled:

JERRY CLAYTON GIFT
    VS
ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE

filed in said court on the 19th day of April, 2022

Plaintiff is represented by PAUL H. MILLICAN whose address is PO DRAWER 911
SAN, ANGELO TX 76902

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, the 20th day of April, 2022

SHERRY DUSHANE
District Clerk of Andrews County, Texas
201 North Main, Room 102
Andrews, Texas 79714

By _Sherry Dushane_ Deputy
        NOTICE

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

## CONSTABLE'S RETURN

**Style of Case:** JERRY CLAYTON GIFT VS. ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE

Came into hand, this **27** day of **APRIL**, 20 **22** AT **1:22** o'clock **P.** M. by executing and delivering a **CITATION** issued out of the state of **TEXAS** under cause number: **22,575** On this **28** Day Of **APRIL**, 20 **22**, at **1:39** o'clock **P.** M., to:

☐ _____ personally delivered/served true and correct copies of same.

**OTHER NOTES:** _____

☐ _____ pursuant to Rule 106/Rule 536, to an occupant: _____ over the age of 16 years.

☐ _____ pursuant to Rule 106/Rule 536, by securely attaching and/or affixing to the _____ of the defendant's last known place of ☐ business ☐ abode.

☒ **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN**     ☐ A Corporation ☐ A Business

**Name:** **CT CORPORATION SYSTEM**  ☐ President ☐ Vice-President ☒ Registered Agent

☒ By delivering to the defendant's registered agent for service, C.T. CORPORATION SYSTEM, through Their authorized agent to accept service: **KIRK ATKINS  SOP INTAKE ASSOCIATE** at 1999 BRYAN ST STE 900 Dallas, Texas 75201.

**Service Address:** **1999 BRYAN ST STE 900 DALLAS TEXAS 75201**

☐ RETURNED TO COURT AND/OR PLAINTIFF FOR THE FOLLOWING REASONS:

_____

**Service Fees:** $ **80.00**

M. JOHNSON #135 DEPUTY CONSTABLE
TRACEY L. GULLEY, CONSTABLE
**COUNTY OF DALLAS**        DALLAS COUNTY PRECINCT 1

**STATE OF TEXAS**

**SIGNED AND SWORN BY SAID** _____ , before me, this _____

**Day Of** _____ 20 ____ , to certify which, witness my hand and seal of office.

NOTARY PUBLIC-IN AND FOR THE STATE OF TEXAS

