# EXHIBIT D

Case 7:22-cv-00122-DC-RCG Document 1-4 Filed 05/20/22 Page 2 of 5

E-Filed for Record
5/18/2022 3:56 PM
Sherry Dushane, District Clerk
Andrews County, TX
By: Jackie Alaniz

CAUSE NO. 22,575

| | | |
|---|---|---|
| JERRY CLAYTON GIFT, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ANDREWS COUNTY, TEXAS |
| | § | |
| ANADARKO PETROLEUM | § | |
| CORPORATION CHANGE OF | § | |
| CONTROL SEVERANCE PLAN, | § | 109th JUDICIAL DISTRICT |
| OCCIDENTAL PETROLEUM | § | |
| CORPORATION, AND ANADARKO | § | |
| PETROLEUM CORPORATION | § | |
| HEALTH AND WELFARE BENEFITS | § | |
| ADMINISTRATIVE COMMITTEE | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE AND OTHER DEFENSES TO PLAINTIFF'S ORIGINAL PETITION**

Defendants Anadarko Petroleum Corporation Change of Control Severance Plan, Occidental Petroleum Corporation, and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee ("Defendants") file their Original Answer and Affirmative and Other Defenses to Plaintiff's Original Petition and respectfully show the Court the following:

**I.
ANSWER**

Defendants deny each and every allegation in the Plaintiff's Original Petition, and enter this general denial in accordance with Rule 92 of the Texas Rules of Civil Procedure. In addition, Defendants demand strict proof of all allegations made by Plaintiff, as required by law. Further, Defendants reserve the right to answer in greater particularity reasonably in advance of the trial hereof.



## II.
## AFFIRMATIVE AND OTHER DEFENSES

Defendants plead the following defenses and affirmative defenses, but do not assume the burden of proof except to the extent required on pure affirmative defenses:

1. Plaintiff's Original Petition fails, in whole or in part, to state a cause of action against Defendant upon which relief can be granted.

2. Plaintiff's claims are barred because the decision to deny Plaintiff's claim for benefits was legally correct, was not arbitrary and capricious, and was not an abuse of discretion.

3. All decisions regarding Plaintiff's benefits were consistent with the terms of the Anadarko Petroleum Change of Control Severance Plan, were reasonable and impartial, and were supported by the substantial evidence.

4. The Court's review of Plaintiff's claim for benefits should be limited to the evidence and argument presented during the administrative review process.

5. In the event the Court concludes the Plan Administrator's determination was unreasonable, an abuse of discretion, or otherwise improper, the Court is requested to remand the case to the Plan Administrator for another determination.

6. Plaintiff's claim is barred for failure to exhaust administrative remedies.

7. Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

8. Plaintiff's claims for damages are capped in accordance with applicable law.

Defendants assert the right to raise additional defenses that become apparent through further factual development of this case.

## III.
## PRAYER

Wherefore, having fully answered, Defendants Anadarko Petroleum Corporation Change of Control Severance Plan, Occidental Petroleum Corporation, and Anadarko Petroleum



Corporation Health and Welfare Benefits Administrative Committee pray that this action be dismissed, that Plaintiff take nothing by his action, and that Defendants be awarded their costs of court and reasonable attorneys' fees. Defendants further requests such other relief, general and specific, legal and equitable, to which they are justly entitled.

| | |
|---|---|
| Dated: May 18, 2022 | Respectfully submitted, |
| | /s/ *Shauna Johnson Clark* |
| OF COUNSEL | Shauna Johnson Clark |
| NORTON ROSE FULBRIGHT US LLP | State Bar No. 00790977 |
| | shauna.clark@nortonrosefulbright.com |
| Kimberly F. Cheeseman | 1301 McKinney, Suite 5100 |
| State Bar No. 24082809 | Houston, TX 77010-3095 |
| kimberly.cheeseman@nortonrosefulbright.com | Telephone: (713) 651-5151 |
| | Facsimile: (713) 651-5246 |
| Andrew Yeh | |
| State Bar No. 24098645 | **ATTORNEY-IN-CHARGE FOR** |
| andrew.yeh@nortonrosefulbright.com | **DEFENDANTS** |

1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically in accordance with TEX. R. CIV. P. 21a(a)(1) on this the 18th day of May, 2022, to:

Paul Millican
Texas Bar No. 14146700
Gossett, Harrison, Millican & Stipanovic, P.C.
P.O. Drawer 911
San Angelo, Texas 76902
T: (325) 653-3291
F: (325) 655-6838
E-mail: paulm@ghtxlaw.com



*/s/ Shauna Johnson Clark*
Shauna Johnson Clark



THE STATE OF TEXAS
COUNTY OF ANDREWS
I, Sherry Dushane Clerk of the District Court of Andrews County, Texas, do hereby certify that the foregoing is true and correct copy.
GIVEN UNDER MY HAND AND SEAL OF SAID COURT
this ___ day of May A.D., 20__
SHERRY DUSHANE, District Clerk, Andrews County, Texas
By _____ Deputy

