# EXHIBIT E

109TH DISTRICT COURT

# CASE SUMMARY
## CASE NO. 22,575

| | | |
|---|---|---|
| JERRY CLAYTON GIFT<br>VS<br>ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE | § § § § | Location: 109th District Court<br>Judicial Officer: Pool, John<br>Filed on: 04/19/2022 |

### CASE INFORMATION

Case Type: Civil Case - Other

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment**<br>Case Number   22,575<br>Court   109th District Court<br>Date Assigned   04/19/2022<br>Judicial Officer   Pool, John |

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| Plaintiff | GIFT, JERRY CLAYTON | MILLICAN, PAUL H.<br>*Retained*<br>325-653-3291(W) |
| Defendant | ANADARKO PETROLEUM CORPORATION CHANE OF CONTROL SEVERANCE PLAN | |
| | ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE | |
| | OCCIDENTAL PETROLEUM CORPORATION | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/19/2022 | ORIGINAL PETITION (OCA) | |
| 04/20/2022 | CITATION ISSUED<br>*ANADARKO PETRO CORP CHANGE OF CONTROL SERVER / RETURNED TO ATTY* | |
| 04/20/2022 | Citation<br>ANADARKO PETROLEUM CORPORATION CHANE OF CONTROL SEVERANCE PLAN<br>Served: 04/28/2022<br>Response Due: 05/23/2022 | |
| 04/20/2022 | CITATION ISSUED<br>*OCCIDENTAL PETRO CORP / RETURNED TO ATTY* | |
| 04/20/2022 | Citation<br>OCCIDENTAL PETROLEUM CORPORATION<br>Served: 04/28/2022<br>Response Due: 05/23/2022 | |
| 04/20/2022 | CITATION ISSUED<br>*ANADARKO PETRO CORP HEALTH AND WELFARE / RETURNED TO ATTY* | |
| 04/20/2022 | Citation | |



109TH DISTRICT COURT

# CASE SUMMARY
## CASE NO. 22,575

|  |  |  |
|---|---|---|
|  | ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE<br>Served: 04/28/2022<br>Response Due: 05/23/2022 |  |
| 05/06/2022 | CITATION FILED<br>*ANADARKO PETROLEUM CORP. CHANGE OF CONTROL SEVERANCE: SERVED 04/28/22* |  |
| 05/06/2022 | CITATION FILED<br>*ANADARKO PETROLEUM CORP. HEALTH AND WELFARE BENEFITS ADMIN. COMMITTEE: SERVED 04/28/22* |  |
| 05/06/2022 | CITATION FILED<br>*OXIDENTAL PETROLEUM CORP: SERVED 04/28/22* |  |
| 05/10/2022 | DUPLICATE FILING<br>*CITATION FILED - OXIDENTAL PETROLEUM CORP.* |  |
| 05/10/2022 | DUPLICATE FILING<br>*CITATION FILED - ANADARKO PETROLUEM CORP.* |  |
| 05/10/2022 | DUPLICATE FILING<br>*CITATION FILED - ANADARKO HEALTH AND WELFARE* |  |

| DATE | FINANCIAL INFORMATION |  |
|---|---|---|
|  | Plaintiff GIFT, JERRY CLAYTON<br>Total Charges<br>Total Payments and Credits<br>Balance Due as of 05/18/2022 | 416.00<br>416.00<br>0.00 |



