# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JERRY CLAYTON GIFT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ANADARKO PETROLEUM** | § | |
| **CORPORATION CHANGE OF** | § | **Civil Action No.  7:22-cv-00122** |
| **CONTROL SEVERANCE PLAN,** | § | |
| **OCCIDENTAL PETROLEUM** | § | |
| **CORPORATION, AND ANADARKO** | § | |
| **PETROLEUM CORPORATION** | § | |
| **HEALTH AND WELFARE BENEFITS** | § | |
| **ADMINISTRATIVE COMMITTEE,** | § | |
| | § | |
| **Defendants.** | § | |

**LIST OF ALL COUNSEL OF RECORD, INCLUDING ADDRESSES, TELEPHONE**
**<u>NUMBERS AND PARTIES REPRESENTED</u>**

Defendant Anadarko Petroleum Corporation Change of Control Severance Plan, Occidental Petroleum Corporation, and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee ("Defendants") hereby submits the following list of all counsel of record being filed with their Notice of Removal in this action:

| NAME | PARTY | COUNSEL |
|---|---|---|
| Jerry Clayton Gift | Plaintiff | Paul Millican<br>Texas Bar No. 14146700<br>Gossett, Harrison, Millican & Stipanovic, P.C.<br>P.O. Drawer 911<br>San Angelo, Texas 76902<br>T: (325) 653-3291<br>F: (325) 655-6838<br>E-mail: paulm@ghtxlaw.com |
| Anadarko Petroleum Corporation Change of Control Severance | Defendants | Shauna Johnson Clark<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100 |

- 1 -

| | | |
|---|---|---|
| Plan,<br><br>Occidental Petroleum Corporation,<br><br>And Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee | | Houston, TX  77010-3095<br>Telephone:     (713) 651-5151<br>Facsimile:     (713) 651-5246<br>shauna.clark@nortonrosefulbright.com<br><br>Kimberly F. Cheeseman<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095<br><br>Andrew Yeh<br>State Bar No.  24098645<br>Federal ID No.  2789510<br>andrew.yeh@nortonrosefulbright.com<br><br>Telephone:     (713) 651-5151<br>Facsimile:     (713) 651-5246<br>kimberly.cheeseman@nortonrosefulbright.com |

Dated: May 20, 2022

OF COUNSEL
NORTON ROSE FULBRIGHT US LLP

Kimberly F. Cheeseman
State Bar No.  24082809
Federal ID No.  2254668
kimberly.cheeseman@nortonrosefulbright.com

Andrew Yeh
State Bar No.  24098645
Federal ID No.  2789510
andrew.yeh@nortonrosefulbright.com

1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

Respectfully submitted,

*/s/ Shauna Johnson Clark*
    Shauna Johnson Clark
    State Bar No.  00790977
    Federal ID No.  18235
    shauna.clark@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically in accordance with the Federal Rules of Civil Procedure on this 20th day of May 2022 to:

Paul Millican
Texas Bar No. 14146700
Gossett, Harrison, Millican & Stipanovic, P.C.
P.O. Drawer 911
San Angelo, Texas 76902
T: (325) 653-3291
F: (325) 655-6838
E-mail: paulm@ghtxlaw.com


*/s/ Kimberly Cheeseman*
Kimberly Cheeseman

- 3 -