# EXHIBIT G

CAUSE NO. 22,575

| | | |
|---|---|---|
| **JERRY CLAYTON GIFT,** | § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § § | ANDREWS COUNTY, TEXAS |
| **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE** | § § § § § § § § § § | 109th JUDICIAL DISTRICT |
| Defendants. | § | |

## DEFENDANTS' NOTIFICATION OF REMOVAL

PLEASE TAKE NOTICE that Defendants Anadarko Petroleum Corporation Change of Control Severance Plan, Occidental Petroleum Corporation, and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee ("Defendants") filed its Notice of Removal of the above-entitled action from the 109th Judicial District Court, Andrews County, Texas, Cause No. 22,575, to the United States District Court for the Western District of Texas, Midland/Odessa Division, true copies of which are attached hereto and incorporated herein by reference, in said United States District Court.

Dated: May 20, 2022

OF COUNSEL
NORTON ROSE FULBRIGHT US LLP

Kimberly F. Cheeseman
State Bar No.  24082809
Federal ID No.  2254668
kimberly.cheeseman@nortonrosefulbright.com

Andrew Yeh
State Bar No.  24098645
Federal ID No.  2789510
andrew.yeh@nortonrosefulbright.com

1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:      (713) 651-5246

Respectfully submitted,

*/s/ Shauna Johnson Clark*
Shauna Johnson Clark
State Bar No.  00790977
Federal ID No.  18235
shauna.clark@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:     (713) 651-5151
Facsimile:      (713) 651-5246

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically in accordance with Tex. R. Civ. P. 21a(a)(1) on this the 20th day of May, 2022, to:

> Paul Millican
> Texas Bar No. 14146700
> Gossett, Harrison, Millican & Stipanovic, P.C.
> P.O. Drawer 911
> San Angelo, Texas 76902
> T: (325) 653-3291
> F: (325) 655-6838
> E-mail: paulm@ghtxlaw.com

*/s/ Shauna Johnson Clark*
Shauna Johnson Clark
