UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JERRY CLAYTON GIFT,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CAUSE NO. MO:22-CV-00122** |
| | § | |
| **ANADARKO PETROLEUM** | § | |
| **CORPORATION CHANGE OF CONTROL** | § | |
| **SEVERANCE PLAN, OCCIDENTAL** | § | |
| **PETROLEUM CORPORATION,** | § | |
| **ANADARKO PETROLEUM** | § | |
| **CORPORATION HEALTH AND** | § | |
| **WELFARE BENEFITS ADMINSTRATIVE** | § | |
| **COMMITTEE,** | § | |
| *Defendants.* | § | |

## ORDER TO AMEND PLEADINGS

This civil action was originally filed in the 109th Judicial District Court of Andrews County, Texas, on April 19, 2022, entitled *Jerry Clayton Gift v. Anadarko Petroleum Corporation Change of Control Severance Plain, et al.*; Cause NO. 22,575. Prior to removal, Defendants **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINSTRATIVE COMMITTEE**, filed an Original Answer, however, the answer does not comply with the Federal Rules of Civil Procedure.   Therefore, Defendants **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINSTRATIVE COMMITTEE**, are required to file a proper answer in this Court.   Accordingly,

It is **ORDERED** that Defendants **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINSTRATIVE COMMITTEE,** file an amended answer in compliance with the Federal Rules of Civil Procedure within ten (10) days of the docketing of this Order.   Failure to amend as required may

result in the answer being stricken and a default judgment being entered against Defendants **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINSTRATIVE COMMITTEE.**

It is so **ORDERED**.

**SIGNED** this 23rd day of May, 2022.

DAVID   COUNTS
UNITED STATES DISTRICT JUDGE