**FILED**

MAY **3 1** 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

Jerry Clayton Gift

vs.

Case No.: 7:22-CV-00122-DC-RCG

Anadarko Petroleum Corporation Change of
Control Severance Plan et al

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Paul H. Millican</u>, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent <u>Jerry Clayton Gift</u> in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    <u>Gossett, Harrison, Millican & Stipanovic, P.C.</u> with offices at:

    Mailing address: <u>P.O. Drawer 911</u>

    City, State, Zip Code: <u>San Angelo, Texas 76902</u>

    Telephone: <u>(325) 653-3291</u>        Facsimile: <u>(325) 655-6838</u>

2.  Since <u>May 8, 1987</u>, Applicant has been and presently is a

    member of and in good standing with the Bar of the State of <u>Texas</u>.

    Applicant's bar license number is <u>14146700</u>.

3.  Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | U.S. District Court, Northern District | May 2, 1988 |
    | U.S. Tax Court | October 16, 1989 |
    | Texas Supreme Court | May 8, 1987 |


Rec.# 120

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
   None

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
   None

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.
   yes

9.    Applicant will file an Application for Admission to Practice before the United States
District Court for the Western District of Texas, if so requested; or Applicant has
co-counsel in this case who is admitted to practice before the United States District
Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac
vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District
Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Paul H. Millican
_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Paul H. Millican
_____
[printed name of Applicant]

_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of
record and the original upon the Clerk of Court on this the 26 day of _____ May _____, 2022.

Paul H. Millican
_____
[printed name of Applicant]

_____
[signature of Applicant]