# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### MIDLAND DIVISION

Jerry Clayton Gift

vs.                                                   Case No.: 7:22-CV-00122-DC-RCG

Anadarko Petroleum Corporation Change of
Control Severance Plan et al

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by <u>Paul H. Millican</u>, counsel for

<u>Jerry Clayton Gift</u>, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

<u>Paul H. Millican</u> may appear on behalf of <u>Jerry Clayton Gift</u>

in the above case.

IT IS FURTHER ORDERED that <u>Paul H. Millican</u>, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____

Please Choose Judge