IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JERRY CLAYTON GIFT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **ANADARKO PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN, OCCIDENTAL PETROLEUM CORPORATION, AND ANADARKO PETROLEUM CORPORATION HEALTH AND WELFARE BENEFITS ADMINISTRATIVE COMMITTEE,** | § § § § § § § § | Civil Action No. 7:22-cv-00122-DC-RCG |
| Defendants. | § | |

**STIPULATION REGARDING DEFENDANTS' AMENDED ANSWER
DEADLINE TO PLAINTIFF'S ORIGINAL PETITION**

Defendants Anadarko Petroleum Corporation Change of Control Severance Plan (the "Plan"), Occidental Petroleum Corporation ("Occidental"), and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee ("Committee") (collectively "Defendants") file this Stipulation regarding Defendants' Amended Answer deadline to Plaintiff's Original Petition. Plaintiff's counsel agreed to a brief extension, until June 9, 2022, for Defendants to file their amended answer.

| | |
|---|---|
| Dated: June 2, 2022 | Respectfully submitted, |
| | */s/ Shauna Johnson Clark* |
| OF COUNSEL | Shauna Johnson Clark |
| NORTON ROSE FULBRIGHT US LLP | State Bar No.  00790977 |
| | shauna.clark@nortonrosefulbright.com |
| Kimberly F. Cheeseman | 1301 McKinney, Suite 5100 |
| State Bar No.  24082809 | Houston, TX  77010-3095 |
| kimberly.cheeseman@nortonrosefulbright.com | Telephone:     (713) 651-5151 |
| | Facsimile:     (713) 651-5246 |
| Andrew Yeh | |
| State Bar No.  24098645 | **ATTORNEY-IN-CHARGE FOR DEFENDANTS** |
| andrew.yeh@nortonrosefulbright.com | |
| | |
| 1301 McKinney, Suite 5100 | |
| Houston, TX  77010-3095 | |
| Telephone:     (713) 651-5151 | |
| Facsimile:     (713) 651-5246 | |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, this pleading was served on opposing counsel on 2nd day of June 2022 on the following:

Paul Millican
Texas Bar No. 14146700
Gossett, Harrison, Millican & Stipanovic, P.C.
P.O. Drawer 911
San Angelo, Texas 76902
T: (325) 653-3291
F: (325) 655-6838
E-mail: paulm@ghtxlaw.com

                                                      */s/ Kimberly Cheeseman*
                                                        Kimberly Cheeseman