UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Jerry Clayton Gift,
    Plaintiff,

vs.

Anadarko Petroleum Corporation Change of Control Severance Plan, et al.

Case No.: 7:22-cv-00122

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Andrew Yeh__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Anadarko Petroleum Corporation, et al.__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Norton Rose Fulbright US LLP__ with offices at:

   Mailing address: __1301 McKinney St., Suite 5100__

   City, State, Zip Code: __Houston, Texas 77010__

   Telephone: __713-651-5151__    Facsimile: __713-651-5246__

2. Since __2015__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __Texas__.

   Applicant's bar license number is __24098645__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Southern District of Texas | 2016 |
   | District of Colorado | 2017 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.   Yes

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kimberly Cheeseman

Mailing address: 1301 McKinney St., Suite 5100

City, State, Zip Code: Houston, TX 77010

Telephone: 713-651-5160

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Andrew Yeh to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Andrew Yeh
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3rd day of June, 2022.

Andrew Yeh
[printed name of Applicant]

[signature of Applicant]