UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION  ▼

Jerry Clayton Gift,
    Plaintiff,
vs.
Anadarko Petroleum Corporation Change of
Control Severance Plan, et al.

Case No.: 7:22-cv-00122

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Andrew Yeh**, counsel for **Anadarko Petroleum Corporation, et al.**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Andrew Yeh** may appear on behalf of **Anadarko Petroleum Corporation,** in the above case.

IT IS FURTHER ORDERED that **Andrew Yeh**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **June**, 20 **22**.

_____
UNITED STATES DISTRICT JUDGE ▼