IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JERRY CLAYTON GIFT,** § <br> *Plaintiff*, § <br> § <br> v. § <br> §    No. MO:22-CV-00122-DC-RCG <br> **ANADARKO PETROLEUM** § <br> **CORPORATION CHANGE OF** § <br> **CONTROL SEVERANCE PLAN, et al.,** § <br> *Defendants*. § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED ANSWER

BEFORE THE COURT is the parties' Joint Stipulation in which the parties agree to extend Defendants Anadarko Petroleum Corporation Change of Control Severance Plan, Occidental Petroleum Corporation, and Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee's (collectively, "Defendants") deadline to file an amended answer to Jerry Clayton Gift's Original Complaint. (Doc. 7). This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

Rule 6(b)(1) of the Federal Rules of Civil Procedure provides:

> When an act may or must be done within a specified time, *the court* may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a *request* is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

(emphasis added).

If additional time is required, parties must seek court approval for extensions of time to file a responsive pleading. Therefore, the Court will construe the Joint Stipulation as an unopposed motion for extension of time to file an amended answer. (Doc. 7). The unopposed

motion for extension of time to file an amended answer is **GRANTED**. The Court emphasizes that deadline extensions require court approval.

It is so **ORDERED**.

SIGNED this 9th day of June, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE